**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**District Judge Gordon P. Gallagher**

Civil Action No. 26-cv-03037-GPG

JUAN RAMON ARTOLA GOMEZ,

Petitioner,

v.

ACTING FIELD OFFICE DIRECTOR OF COLORADO,
*Immigration and Customs Enforcement,*

Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 7] entered on July 22, 2026, by United States District Judge Gordon P. Gallagher, and supplemented by Status Report [D. 11] by Respondent, it is

ORDERED that Respondents have complied with the Order [D. 11] and Petitioner was granted bond in the amount of $20,000. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 12th day of August 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By: s/D. Clement
Deputy Clerk